# EXHIBIT B

2 CIT ES

FILED
DALLAS COUNTY
3/31/2016 9:24:33 AM
FELICIA PITRE
DISTRICT CLERK

Jh'Mella Norman

CAUSE NO. DC-16-03702

| | | |
|---|---|---|
| PAULINE PATRICK,<br>Plaintiff, | §<br>§<br>§ | IN THE DISTRICT COURT OF |
| V. | §<br>§ | DALLAS COUNTY, TEXAS |
| ROBERT E. WOOD,<br>INDIVIDUALLY AND COVENANT<br>TRANSPORT, INC.<br>Defendants. | §<br>§<br>§<br>§ | ___TH JUDICIAL DISTRICT |

**PLAINTIFF'S ORIGINAL PETITION**

**TO THE HONORABLE JUDGE OF SAID COURT:**

COMES NOW, PAULINE PATRICK, who complains of ROBERT E. WOOD, Individually, and COVENANT TRANSPORT, INC., Defendants and for her causes of action would respectfully show:

## I.
## DISCOVERY CONTROL PLAN

Plaintiff asserts that this suit is for monetary relief over $1,000,000 and that discovery shall be conducted under a **Level Three (3)** discovery control plan, pursuant to Rule 190.4 of the Texas Rules of Civil Procedure pursuant to a Scheduling Order approved by this Court.

## II.
## PARTIES

Plaintiff, PAULINE PATRICK is an individual residing in Alicante, Spain, but at the time of the incident in question and at all times relevant to this cause of action was residing in Dallas County, Texas.

Defendant, ROBERT E. WOOD, an individual who is a nonresident of Texas and whose home is located at 398 Ripley Hill Road, City of Coventry, Tolland County, Connecticut 06238, may be served with process by serving the Chairman of the Texas Transportation Commission at

125 E. 11th Street, Austin, Texas 78701, as defendant's agent for service because defendant was a party to a collision or accident while operating a motor vehicle in Texas. Tex. Civ. Prac. & Rem. Code §§17.062(a), 17.063.

Defendant, COVENANT TRANSPORT, INC. is a Foreign For-Profit Corporation, licensed to do and doing business in Texas. This defendant may be served by serving its registered agent for service, Corporation Service Company dba CSC – Lawyers Incorporating Services Company at 211 E. 7th Street, Suite 620, Austin, Texas 78701-3218.

## III.
## VENUE

Venue is proper in Dallas County, Texas, because all or a substantial part of the events or omissions occurred in the County. Tex. Civ. Prac. & Rem. Code § 15.002(a)(1).

## IV.
## JURISDICTION

The damages sought in the lawsuit are within the jurisdictional limits of the Court and venue is properly laid in the Court, therefore, the Court has lawful jurisdiction of the cause.

## V.
## FACTS

On April 16, 2014, Plaintiff PAULINE PATRICK was driving a Lincoln LS in the right lane traveling eastbound on IH20 in Mesquite, Texas. While driving, Plaintiff was suddenly and unexpectedly impacted in the rear of her vehicle by Defendant, ROBERT E. WOOD, who was driving a Freight Liner tractor trailer vehicle owned by Defendant, COVENANT TRANSPORT, INC. This negligence proximately caused a collision in which Plaintiff sustained personal injuries, property damage and diminution of value to her vehicle and loss of use of her vehicle.

## VI.
## NEGLIGENCE

As a direct and proximate result of the acts and/or omissions of the Defendant, ROBERT E. WOOD, Plaintiff sustained personal injuries and damages. Defendant, ROBERT E. WOOD, was negligent in that, among other things:

(a) He failed to keep a proper lookout;

(b) He failed to control his speed;

(c) He failed to maintain a safe and assured distance between his vehicle and that of the Plaintiff, PAULINE PATRICK; and

(d) He failed to timely apply his brakes.

Each or all of the foregoing acts and/or omissions of the Defendant were a direct and proximate cause of the incident made the basis of this suit and the Plaintiff's injuries and damages.

## VII.
## PROXIMATE CAUSE AND DAMAGES

As a direct and proximate result of the defendant's negligence, the Plaintiff suffered and will continue, in all likelihood to suffer damages, including but not limited to: past and, in all reasonable probability, future medical expenses; past and, in all reasonable probability, future physical pain and suffering; past and, in all reasonable probability, future mental anguish; past and, in all reasonable probability, future physical impairment; past and, in all reasonable probability, future physical disfigurement.

## VIII.
## VICARIOUS LIABILITY

At the time of the acts and/or omissions made the basis of this lawsuit, Defendant, ROBERT E. WOOD, acted within the course and scope of his employment with Defendant,

COVENANT TRANSPORT, INC. and in furtherance of Defendant COVENANT TRANSPORT, INC.'s business. Thus, under the doctrine of *respondeat superior*, Defendant, COVENANT TRANSPORT, INC., is liable for all of the acts and/or omissions of Defendant, ROBERT E. WOOD enumerated herein.

Alternatively, Defendant, COVENANT TRANSPORT, INC., was the principal and his employee, namely Defendant, ROBERT E. WOOD was subject to his control, and was therefore his agent. Thus, under the doctrine of agency, Defendant, COVENANT TRANSPORT, INC., is liable for all of the acts and/or omissions of Defendant, ROBERT E. WOOD enumerated herein.

## IX.
## JURY DEMAND

Plaintiff respectfully demands her right to trial by jury and has tendered the jury fee to the District Clerk of Dallas County, Texas.

## X.
## DISCOVERY REQUESTS

REQUEST FOR DISCLOSURE

Defendants, ROBERT E. WOOD and COVENANT TRANSPORT, INC., are hereby requested to disclose, within fifty (50) days of service of Plaintiff's Original Petition and incorporated Request, the information or material described in Rule 194.2 of the Texas Rules of Civil Procedure, to the undersigned counsel for the plaintiffs.

## PRAYER

WHEREFORE, PREMISES CONSIDERED, Plaintiff requests that Defendants be cited to appear and answer, and that on final trial Plaintiff have:

(a) Judgment against Defendants for actual damages in an amount exceeding the minimum jurisdictional limits of the Court;

(b) Pre-judgment interest at the highest rate allowed by law;

(c) Costs of Court;

(d) Post-judgment interest at the highest rate allowed by law; and,

(e) Such other and further relief to which Plaintiff may be justly entitled, at law or in equity.

Respectfully submitted,

WALKER BRIGHT, P.C.
5407 Parkcrest Drive, Suite 300
Austin, Texas 78731
(512) 708-1600 – Telephone
(512) 708-1500 – Facsimile

By: ______________________________
ARTHUR L. WALKER
State Bar No. 20693900
arthur.walker@wblpc.com

**ATTORNEY FOR PLAINTIFF**

# CIVIL CASE INFORMATION SHEET

CAUSE NUMBER *(FOR CLERK USE ONLY)*: ______________ COURT *(FOR CLERK USE ONLY)*: ______________

STYLED Pauline Patrick v. Robert E. Wood and Covenant Transport, Inc.

(e.g. John Smith v. All American Insurance Co; In re Mary Ann Jones; In the Matter of the Estate of George Jackson)

A civil case information sheet must be completed and submitted when an original petition or application is filed to initiate a new civil, family law, probate, or mental health case or when a post-judgment petition for modification or motion for enforcement is filed in a family law case. The information should be the best available at the time of filing.

**1. Contact information for person completing case information sheet:**

Name: Arthur L. Walker
Email: arthur.walker@wblpc.com
Address: 5407 Parkcrest Dr, Suite 300
Telephone: 512-708-1600
City/State/Zip: Austin, Texas 78731
Fax: 512-708-1500
Signature: [signature]
State Bar No: 20693900

**Names of parties in case:**

Plaintiff(s)/Petitioner(s): Pauline Patrick

Defendant(s)/Respondent(s): Robert E. Wood, Individually and Covenant Transport, Inc.

[Attach additional page as necessary to list all parties]

**Person or entity completing sheet is:**

☒ Attorney for Plaintiff/Petitioner
☐ *Pro Se* Plaintiff/Petitioner
☐ Title IV-D Agency
☐ Other: ______

Additional Parties in Child Support Case:

Custodial Parent: ______

Non-Custodial Parent: ______

Presumed Father: ______

**2. Indicate case type, or identify the most important issue in the case *(select only 1)*:**

***Civil***

**Contract**

*Debt/Contract*
- ☐ Consumer/DTPA
- ☐ Debt/Contract
- ☐ Fraud/Misrepresentation
- ☐ Other Debt/Contract: ______

*Foreclosure*
- ☐ Home Equity—Expedited
- ☐ Other Foreclosure

- ☐ Franchise
- ☐ Insurance
- ☐ Landlord/Tenant
- ☐ Non-Competition
- ☐ Partnership
- ☐ Other Contract: ______

**Injury or Damage**

- ☐ Assault/Battery
- ☐ Construction
- ☐ Defamation

*Malpractice*
- ☐ Accounting
- ☐ Legal
- ☐ Medical
- ☐ Other Professional Liability: ______

- ☒ Motor Vehicle Accident
- ☐ Premises

*Product Liability*
- ☐ Asbestos/Silica
- ☐ Other Product Liability List Product: ______

- ☐ Other Injury or Damage: ______

**Real Property**

- ☐ Eminent Domain/ Condemnation
- ☐ Partition
- ☐ Quiet Title
- ☐ Trespass to Try Title
- ☐ Other Property: ______

**Related to Criminal Matters**

- ☐ Expunction
- ☐ Judgment Nisi
- ☐ Non-Disclosure
- ☐ Seizure/Forfeiture
- ☐ Writ of Habeas Corpus—Pre-indictment
- ☐ Other: ______

**Employment**

- ☐ Discrimination
- ☐ Retaliation
- ☐ Termination
- ☐ Workers' Compensation
- ☐ Other Employment: ______

**Other Civil**

- ☐ Administrative Appeal
- ☐ Antitrust/Unfair Competition
- ☐ Code Violations
- ☐ Foreign Judgment
- ☐ Intellectual Property
- ☐ Lawyer Discipline
- ☐ Perpetuate Testimony
- ☐ Securities/Stock
- ☐ Tortious Interference
- ☐ Other: ______

***Family Law***

**Marriage Relationship**

- ☐ Annulment
- ☐ Declare Marriage Void

*Divorce*
- ☐ With Children
- ☐ No Children

**Post-judgment Actions (non-Title IV-D)**

- ☐ Enforcement
- ☐ Modification—Custody
- ☐ Modification—Other

**Title IV-D**

- ☐ Enforcement/Modification
- ☐ Paternity
- ☐ Reciprocals (UIFSA)
- ☐ Support Order

**Other Family Law**

- ☐ Enforce Foreign Judgment
- ☐ Habeas Corpus
- ☐ Name Change
- ☐ Protective Order
- ☐ Removal of Disabilities of Minority
- ☐ Other: ______

**Parent-Child Relationship**

- ☐ Adoption/Adoption with Termination
- ☐ Child Protection
- ☐ Child Support
- ☐ Custody or Visitation
- ☐ Gestational Parenting
- ☐ Grandparent Access
- ☐ Parentage/Paternity
- ☐ Termination of Parental Rights
- ☐ Other Parent-Child: ______

**Tax**

- ☐ Tax Appraisal
- ☐ Tax Delinquency
- ☐ Other Tax

***Probate & Mental Health***

*Probate/Wills/Intestate Administration*
- ☐ Dependent Administration
- ☐ Independent Administration
- ☐ Other Estate Proceedings

- ☐ Guardianship—Adult
- ☐ Guardianship—Minor
- ☐ Mental Health
- ☐ Other: ______

**3. Indicate procedure or remedy, if applicable *(may select more than 1)*:**

- ☐ Appeal from Municipal or Justice Court
- ☐ Arbitration-related
- ☐ Attachment
- ☐ Bill of Review
- ☐ Certiorari
- ☐ Class Action
- ☐ Declaratory Judgment
- ☐ Garnishment
- ☐ Interpleader
- ☐ License
- ☐ Mandamus
- ☐ Post-judgment
- ☐ Prejudgment Remedy
- ☐ Protective Order
- ☐ Receiver
- ☐ Sequestration
- ☐ Temporary Restraining Order/Injunction
- ☐ Turnover

**4. Indicate damages sought *(do not select if it is a family law case)*:**

- ☐ Less than $100,000, including damages of any kind, penalties, costs, expenses, pre-judgment interest, and attorney fees
- ☐ Less than $100,000 and non-monetary relief
- ☐ Over $100, 000 but not more than $200,000
- ☐ Over $200,000 but not more than $1,000,000
- ☒ Over $1,000,000

FILED
DALLAS COUNTY
4/5/2016 10:58:03 AM
FELICIA PITRE
DISTRICT CLERK

TP

**WALKER BRIGHT PC**
ATTORNEYS AT LAW

5407 Parkcrest Drive, Suite 300
Austin, Texas 78731
Telephone: (512) 708-1600
Facsimile: (512) 708-1500

April 5, 2016

Dallas County District Clerk
600 Commerce St #103
Dallas, Texas 75202

Re: Cause No. DC-16-03702, *Pauline Patrick v. Robert E. Wood and Covenant Transport, Inc.,* In the District Court, Dallas County, Texas.

Dear Clerk:

As requested, please accept this additional $4.00 charge to issue the citation to the Texas Transportation Commission in above-referenced matter.

Thank you for your assistance in this matter. If you have any questions, please do not hesitate to contact me.

Sincerely,

WALKER BRIGHT PC

Amanda Craven

Amanda Craven
Paralegal

amc
Enclosure

**FORM NO. 353-3 - CITATION**
# THE STATE OF TEXAS

**To:**
**COVENANT TRANSPORT, INC.**
**MAY BE SERVED BY SERVING ITS REGISTERED AGENT FORSERVICE, CORPORATION SERVICE COMPANY DBA CSC – LAWYERS INCORPORATING SERVICES COMPANY AT 211E. 7TH STREET, SUITE 620,**
**AUSTIN, TEXAS 78701-3218.**

GREETINGS:
You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10 o'clock a.m. of the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. Your answer should be addressed to the clerk of the **14th District Court** at 600 Commerce Street, Ste. 101, Dallas, Texas 75202.

Said Plaintiff being **PAULINE PATRICK**

Filed in said Court **31st day of March, 2016** against

**ROBERT E. WOOD, INDIVIDUALLY AND COVENANT TRANSPORT, INC**

For Suit, said suit being numbered **DC-16-03702,** the nature of which demand is as follows: Suit on **MOTOR VEHICLE ACCIDENT** etc. as shown on said petition **REQUEST FOR DISCLOSURE**, a copy of which accompanies this citation. If this citation is not served, it shall be returned unexecuted.

WITNESS: FELICIA PITRE, Clerk of the District Courts of Dallas, County Texas.
Given under my hand and the Seal of said Court at office this 5th day of April, 2016.

ATTEST: FELICIA PITRE, Clerk of the District Courts of Dallas, County, Texas

By /s/ Sacheen Anthony, Deputy
SACHEEN ANTHONY

DISTRICT COURT OF DALLAS COUNTY, TEXAS

**ESERVE**

**CITATION**

**DC-16-03702**

**PAULINE PATRICK**
vs.
**ROBERT WOOD, et al**

ISSUED THIS
**5th day of April, 2016**

FELICIA PITRE
Clerk District Courts,
Dallas County, Texas

By: SACHEEN ANTHONY, Deputy

**Attorney for Plaintiff**
ARTHUR LEE WALKER
arthur.walker@wblpc.com
5407 PARKCREST SUITE 300
AUSTIN TX 78731
512-708-1600

DALLAS COUNTY
SERVICE FEES
NOT PAID

# OFFICER'S RETURN

Case No. : DC-16-03702

Court No.14th District Court

Style: PAULINE PATRICK

vs.

ROBERT WOOD, et al

Came to hand on the ______________day of ________________, 20________, at _________o'clock________.M. Executed at ___________________________,

within the County of ______________________ at __________ o'clock ______ .M. on the ______________day of_________________________________,

20______________, by delivering to the within named

_______________________________________________________________________

_______________________________________________________________________

each, in person, a true copy of this Citation together with the accompanying copy of this pleading, having first endorsed on same date of delivery. The distance actually traveled by me in serving such process was ________miles and my fees are as follows: To certify which witness my hand.

| | | |
|---|---|---|
| For serving Citation | $________ | ________________________________ |
| For mileage | $________ | of_______________County, _______________ |
| For Notary | $________ | By_____________________________Deputy |

(Must be verified if served outside the State of Texas.)

Signed and sworn to by the said______________________before me this______day of __________________, 20______,

to certify which witness my hand and seal of office.

____________________________________

Notary Public_______________County______________

**FORM NO. 353-4—CITATION**
~~THE STATE OF TEXAS~~

**To:**
**ROBERT WOOD**
**BY SERVING THE CHAIRMAN OF THE STATE HIGHWAY AND PUBLIC TRANSPORTATION COMMISSION**
**125 E 11TH STREET**
**AUSTIN TEXAS 78701-2483**

GREETINGS:
You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10 o'clock a.m. of the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.
Your answer should be addressed to the clerk of the **14th District Court** at 600 Commerce Street, Dallas, Texas 75202.

Said **PLAINTIFF** being **PAULINE PATRICK**

Filed in said Court 31st day of March, 2016 against
**ROBERT WOOD ET AL**

For suit, said suit being numbered **DC-16-03702** the nature of which demand is as follows:
Suit On **MOTOR VEHICLE ACCIDENT** etc.
as shown on said petition , a copy of which accompanies this citation. If this citation is not served, it shall be returned unexecuted.

WITNESS: FELICIA PITRE, Clerk of the District Courts of Dallas, County Texas.
Given under my hand and the Seal of said Court at office **on this the 5th day of April, 2016**
ATTEST: FELICIA PITRE
Clerk of the District Courts of Dallas, County, Texas

By /s/ Sacheen Anthony, Deputy
**SACHEEN ANTHONY**

DISTRICT COURT OF DALLAS COUNTY, TEXAS

**ESERVE COH**

**CITATION**

No.: **DC-16-03702**

**PAULINE PATRICK**
**VS.**
**ROBERT WOOD, ET AL**

ISSUED
**ON THIS THE 5TH DAY OF APRIL, 2016**

FELICIA PITRE
Clerk District Courts,
Dallas County, Texas

By **SACHEEN ANTHONY**, Deputy

Attorney for : Plaintiff
**ARTHUR LEE WALKER**
**WALKER BRIGHT PC**
**5407 PARKCREST SUITE 300**
**AUSTIN TX 78731**
**512) 708-1600 – Telephone**

**DALLAS COUNTY SERVICE FEES NOT PAID**

**OFFICER'S RETURN**
**FOR INDIVIDUALS**

Cause No. DC-16-03702

Court No: 14th District Court

Style: PAULINE PATRICK
vs.
ROBERT WOOD, et al

Received this Citation the __________day of_______________, 20_____at__________o'clock. Executed at _______________, within the County of ______________________________________, State of_____________, on the __________day of _______________, 20_____, at ______o'clock, by delivering to the within named_________________________________________ each in person, a copy of this Citation together with the accompanying copy of Plaintiff's original petition, having first indorsed on same the date of delivery.

----------000000----------

**OFFICER'S RETURN**
**FOR CORPORATIONS**

Received this Citation the __________day of_______________, 20_____at__________o'clock ___.M. Executed at _______________, within the County of ______________________________________, State of__________________, on the __________day of _______________, 20_____, at _________ o'clock _____ .M. by summoning the within named Corporation, _____________________ by delivering to ______________________________ ______________________________
______________ President - Vice President - Registered Agent - in person, of the said ______________________________________________________________ a true copy of this citation together with the accompanying copy of Plaintiff's original petition, having first indorsed on same the date of delivery.

The distance actually traveled by me in serving such process was _________ miles and my fees are as follows: To certify which witness by my hand.

For Serving Citation $_______________ Sheriff______________________________
For Mileage $_______________ County of______________________________
For Notary $_______________ State of______________________________
Total Fees $_______________ By______________________________

(Must be verified if served outside the State of Texas)
State of______________________________
County of______________________________
Signed and sworn to me by the said__________________________before me this__________ day of ______________________________, 20______, to certify which witness my hand and seal of office.

Seal

______________________________
State & County of
______________________________

# OFFICER'S RETURN

Case No. : DC-16-03702

Court No.14th District Court

Style: PAULINE PATRICK

vs.

ROBERT WOOD, et al

Came to hand on the 6th day of April, 20 16, at 1:45 o'clock p .M. Executed at 211 E. 7th St, within the County of Travis at 2:30 o'clock p .M. on the 6th day of April, 20 16, by delivering to the within named

Corporation Service Company (Sue Vertrees)
Covenent Transport, Inc

each, in person, a true copy of this Citation together with the accompanying copy of this pleading, having first endorsed on same date of delivery. The distance actually traveled by me in serving such process was ________ miles and my fees are as follows: To certify which witness my hand.

| | | |
|---|---|---|
| For serving Citation | $ 90.00 | Rose Hershey |
| For mileage | $________ | of ____________ County, ____________ |
| For Notary | $________ | By ______________________ Deputy |

(Must be verified if served outside the State of Texas.)

Signed and sworn to by the said ROSE HERSHEY before me this 6th day of APRIL, 20 16, to certify which witness my hand and seal of office.

STEPHANIE DROUET ROGERS
NOTARY PUBLIC
STATE OF TEXAS
EXPIRES
09-08-2018

______________________________

Notary Public WILLIAMSON County TEXAS

**FORM NO. 353-3 - CITATION**

# THE STATE OF TEXAS

FILED
2016 APR 11 AM 10: 31
FELICIA PITRE
DISTRICT CLERK
DALLAS CO., TEXAS

**To:**
**COVENANT TRANSPORT, INC.**
**MAY BE SERVED BY SERVING ITS REGISTERED AGENT FORSERVICE, CORPORATION SERVICE COMPANY DBA CSC – LAWYERS INCORPORATING SERVICES COMPANY AT 211E. 7TH STREET, SUITE 620,**
**AUSTIN, TEXAS 78701-3218.**

GREETINGS:

You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10 o'clock a.m. of the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. Your answer should be addressed to the clerk of the **14th District Court** at 600 Commerce Street, Ste. 101, Dallas, Texas 75202.

Said Plaintiff being **PAULINE PATRICK**

Filed in said Court **31st day of March, 2016** against

**ROBERT E. WOOD, INDIVIDUALLY AND COVENANT TRANSPORT, INC**

For Suit, said suit being numbered **DC-16-03702,** the nature of which demand is as follows: Suit on **MOTOR VEHICLE ACCIDENT** etc. as shown on said petition **REQUEST FOR DISCLOSURE**, a copy of which accompanies this citation. If this citation is not served, it shall be returned unexecuted.

WITNESS: FELICIA PITRE, Clerk of the District Courts of Dallas, County Texas.
Given under my hand and the Seal of said Court at office this 5th day of April, 2016.

ATTEST: FELICIA PITRE, Clerk of the District Courts of Dallas, County, Texas

By /s/ Sacheen Anthony, Deputy
SACHEEN ANTHONY

DISTRICT COURT OF DALLAS COUNTY, TEXAS

**ESERVE**

## CITATION

**DC-16-03702**

**PAULINE PATRICK**
**vs.**
**ROBERT WOOD, et al**

ISSUED THIS
**5th day of April, 2016**

FELICIA PITRE
Clerk District Courts,
Dallas County, Texas

By: SACHEEN ANTHONY, Deputy

**Attorney for Plaintiff**
ARTHUR LEE WALKER
arthur.walker@wblpc.com
5407 PARKCREST SUITE 300
AUSTIN TX 78731
512-708-1600

**DALLAS COUNTY SERVICE FEES NOT PAID**

# OFFICER'S RETURN

Case No. : DC-16-03702

Court No.14th District Court

Style: PAULINE PATRICK

vs.

ROBERT WOOD, et al

Came to hand on the 6th day of April, 20 16, at 1:45 o'clock p .M. Executed at 125 E 11th Street within the County of Travis at 2:55 o'clock p .M. on the 6th day of April, 20 16, by delivering to the within named (Robert Wood) Administrative Asst. to General Council by proxy Katherine Dulany/CHAIRMAN OF THE STATE HIGHWAY. each, in person, a true copy of this Citation together with the accompanying copy of this pleading, having first endorsed on same date of delivery. The distance actually traveled by me in serving such process was ________ miles and my fees are as follows: To certify which witness my hand.

For serving Citation $ 90.00 — Rose Hershey

For mileage $______ of ______ County, ______

For Notary $______ By ______ Deputy

(Must be verified if served outside the State of Texas.)

Signed and sworn to by the said ROSE HERSHEY before me this 6th day of APRIL, 20 16, to certify which witness my hand and seal of office.

____________________
Notary Public WILLIAMSON County TEXAS

**FORM NO. 353-4—CITATION**
~~**THE STATE OF TEXAS**~~

FILED
2016 APR 11 AM 10: 31
FELICIA PITRE
DISTRICT CLERK
DALLAS CO., TEXAS
DEPUTY

**To:**
**ROBERT WOOD**
**BY SERVING THE CHAIRMAN OF THE STATE HIGHWAY AND PUBLIC TRANSPORTATION COMMISSION**
**125 E 11TH STREET**
**AUSTIN TEXAS 78701-2483**

GREETINGS:
You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10 o'clock a.m. of the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.
Your answer should be addressed to the clerk of the **14th District Court** at 600 Commerce Street, Dallas, Texas 75202.

Said **PLAINTIFF** being **PAULINE PATRICK**

Filed in said Court 31st day of March, 2016 against
**ROBERT WOOD ET AL**

For suit, said suit being numbered **DC-16-03702** the nature of which demand is as follows:
Suit On **MOTOR VEHICLE ACCIDENT** etc.
as shown on said petition , a copy of which accompanies this citation. If this citation is not served, it shall be returned unexecuted.

WITNESS: FELICIA PITRE, Clerk of the District Courts of Dallas, County Texas.
Given under my hand and the Seal of said Court at office **on this the 5th day of April, 2016**
ATTEST: FELICIA PITRE
Clerk of the District Courts of Dallas, County, Texas

By /s/ Sacheen Anthony, Deputy
**SACHEEN ANTHONY**

DISTRICT COURT OF DALLAS COUNTY, TEXAS

**ESERVE COH**

**CITATION**

No.: **DC-16-03702**

**PAULINE PATRICK**
**VS.**
**ROBERT WOOD, ET AL**

ISSUED
**ON THIS THE 5TH DAY OF APRIL, 2016**

FELICIA PITRE
Clerk District Courts,
Dallas County, Texas

By **SACHEEN ANTHONY**, Deputy

Attorney for : Plaintiff
**ARTHUR LEE WALKER**
**WALKER BRIGHT PC**
**5407 PARKCREST SUITE 300**
**AUSTIN TX 78731**
**512) 708-1600 – Telephone**

**DALLAS COUNTY**
**SERVICE FEES**
**NOT PAID**

FILED
DALLAS COUNTY
4/29/2016 3:45:50 PM
FELICIA PITRE
DISTRICT CLERK

CAUSE NO. DC-16-03702

| | | |
|---|---|---|
| PAULINE PATRICK, | § | IN THE DISTRICT COURT |
| PLAINTIFF, | § | |
| vs. | § | 14TH JUDICIAL DISTRICT |
| ROBERT E WOOD, INDIVIDUALLY AND COVENANT TRANSPORT, INC. | § | |
| DEFENDANTS. | § | DALLAS COUNTY, TEXAS |

**DEFENDANTS ROBERT E. WOOD AND COVENANT TRANSPORT, INC.'S ANSWER TO PLAINTIFF'S ORIGINAL PETITION**

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW Defendants Robert E. Wood and Covenant Transport, Inc. ("Defendants"), Defendants in the above-entitled and numbered Cause, and in response to Plaintiff's Original Petition on file herein, files this their Original Answer, and would respectfully show the Court as follows:

I.

**GENERAL DENIAL**

Subject to such stipulations and admissions as may be made hereafter, Defendants hereby enter a general denial as is permitted by Rule 92 of the Texas Rules of Civil Procedure, and request that Plaintiff be required to prove by a preponderance of the evidence the charges and allegations which she has made against Defendants.

## PRAYER

WHEREFORE, PREMISES CONSIDERED, Defendants Robert E. Wood and Covenant Transport, Inc. pray that, upon final hearing hereof, judgment be rendered that Plaintiff take nothing by her suit, that Defendants recover their costs in their behalf expended, and for such other relief as may be proper.

Respectfully submitted,

s/Mark S. Scudder
MARK S. SCUDDER
STATE BAR NO. 17936300
ALEX MCLEAN
STATE BAR NO. 24098082
STRASBURGER & PRICE, LLP
901 MAIN STREET, SUITE 4400
DALLAS, TX 75202-3794
(214) 651-4300
(214) 651-4330 Fax
mark.scudder@strasburger.com
alex.mclean@strasburger.com

ATTORNEYS FOR DEFENDANTS
ROBERT WOOD AND COVENANT
TRANSPORT, INC.

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that on the 29th day of April, 2016, was electronically filed with the Clerk of Court in compliance with Rules 21 and 21a of the Texas Rules of Civil Procedure.

s/Mark S. Scudder
Mark S. Scudder